No. 99–7297.  VALENTINO, AKA WILLIAMS *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 99–7300.  SLAUGHTER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–7302.  SILER *v.* DILLINGHAM SHIP REPAIR ET AL.  Sup. Ct. Ore.  Certiorari denied.

No. 99–7304.  CAMERON *v.* TEXAS.  Ct. App. Tex., 4th Dist. Certiorari denied.

No. 99–7307.  BECKHAM *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 99–7308.  TYLER *v.* WIESMAN, JUDGE, CIRCUIT COURT OF MISSOURI, ST. LOUIS COUNTY.  Sup. Ct. Mo.  Certiorari denied.

No. 99–7322.  WATTS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–7335.  HICKS *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 99–7336.  HUSSEY *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 99–7337.  HUTCHINS *v.* LINAHAN, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 99–7339.  HARTLINE *v.* ORANGE COUNTY CORRECTIONS DIVISION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–7340.  GILBERT *v.* MOODY ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 99–7342.  GRINNELL *v.* BRENNAN ET AL.  C. A. 3d Cir. Certiorari denied.

No. 99–7345.  GLASS *v.* CITY OF CARLSBAD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–7353.  LAU *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.